429 A.2d 105

Commonwealth v. Sparks, Appellant.

* Judge Vincent A. Cirillo of the Court of Common Pleas of Montgomery County, Pennsylvania, is sitting by designation.

Submitted March 19, 1980. O. Robert Silverstein, for appellant; Eric B. Henson, Assistant District Attorney, for Commonwealth, appellee.

Before HESTER, WICKERSHAM and LIPEZ, JJ.

Judgment affirmed.